# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132893(72)

MARCIA DOWNS, f/k/a Marcia
Douglas, Personal Representative of the
Estate of Natasha Douglas, Deceased,
            Plaintiff-Appellant,

v

MARILYN KEEBLER, f/k/a MARILYN
S. MORRIS, JEFFREY W. WILDER, DANIEL J.
VERBURG, DANIEL VERBURG, M.D., P.C.,
d/b/a BAY VIEW OBSTETRICS & GYNECOLOGY,
and NORTHERN MICHIGAN HOSPITALS, INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
            Defendants-Appellees,

and

DEBBIE PLUIM, f/k/a DEBRA
PLUIM,
            Defendant.
_____/

SC: 132893
COA: 253611
Emmet CC: 03-007681-NH

On order of the Court, the motion for reconsideration of this Court's March 7, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
                    Clerk

d0721